UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

        -v.-                    :    08 Cr.

FRANKIE PEREZ,
  a/k/a "Bxloveboy22@aol.com,"
  a/k/a "Perez2250X@aol.com,"   :

               Defendant.   :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From at least in or about 2005, up to and including at least in or about March 2008, FRANKIE PEREZ, a/k/a "Bxloveboy22@aol.com," a/k/a "Perez2250X@aol.com," the defendant, unlawfully, willfully, and knowingly, did use a facility and means of interstate commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, PEREZ used a computer and the Internet to entice, induce, coerce, and persuade a minor to engage in sexual activity in violation of New York State law.

      (Title 18, United States Code, Section 2422(b).)


_____        _____
FOREPERSON                             MICHAEL J. GARCIA
                                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FRANKIE PEREZ,
a/k/a "Bxloveboy22@aol.com,"
a/k/a "Perez2250X@aol.com,"

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2422(b).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*/s/ Cynthia Carrasquillo*
Foreperson.