NAME REDACTED

Aug 5, 08

■ – I feel that this person frankie should get Arrested because of the fact that he made me do things As I was young. Also I felt malested and diseusted This person constenly wrote to me even If I blocked this person. I felt like he was stalking me. I was young so my knoledge from before and Now has changed ~~scribble~~ When I was ~~scribble~~ Young I really Didn't Know what was happening It's hard for me to Remember and emotion but Im going to be honest ~~scribble~~ what happend constenly I'll get Im's from this Person Im's like lets meet up to hang out and chill so since I was young and dumb I would meet up with this person sometimes he would write me In the day time for me to come to his house because he has told me before if I need help with my Homework that he is always there to help. little by little im refreshing my mind about this and trying my hardest I dont remember these exact dates beeause I dont have great memory. But also Im trying not to keep this on my mind because I have a future ahead of me and the reason Im writing this letter because I really dont want to set foot

Into court I really dont want to be in a big Process Im older now and that's the Past I have to think about Present. I Never really wanted anything to happen I was forced from this Person like for me to Put my Penis In this Persons mouth he also wanted me to do It but I to him No and no is no and another thing this Person wanted me to is Put my penis in his butt I was young I didn't know I was scared I felt Nobody shouldn't have known I was going to be very imbarresed but now Im Just sitting writing this statement for Detective tom because I really dont want to go to court for this and I would really ~~~ Appreciate if I wouldn't have to go Atleast Im writing a letter about the info on what happend

 NAME REDACTED

