April 15, 2020

Honorable Denise Cote
United States District Judge
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2020

Re: US v. Perez, F.
    08-cr-798(DLC) ←

Dear Your Honor:

    I am writing in regards for an order to be released from custody due to the COVID-19. According to my sentence I am already only a few months to release on good conduct time. I have spend eleven (11) years and eight (8) months in custody. I have done many programs during my incarceration. I have learn different traits during the time I have been in the prison system. In order for my release I need an order releasing me from custody in order to start serving Supervise Release. Your help would be really appreciated.

Respectfully,

Frankie Perez

Frankie Perez 61269-054
Metropolitan Correctional Center
50 Park Row
New York, NY 10007

Legal Mail

United States v. Perez
08-CR-798 (DLC)

United States District Court
Hon. Denise Cote, US District Judge
500 Pearl Street
New York, NY 10007

RECEIVED
MAY 13 2020
CHAMBERS OF
DENISE COTE

USPS SDNY