**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2020

**By ECF and Email**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Frankie Perez**
           08 CR 798 (DLC)

Dear Judge Cote:

    I have reviewed the letter Mr. Perez sent to the Court which was docketed today. See Dkt# 32. I write to update the Court on the status of Mr. Perez's release date.

    For the past few weeks, I have been in contact with Mr. Perez, BOP, MCC legal, the warden at MCC, Mr. Perez's assigned probation officer in New Jersey, and the probation department in the Southern District of New York in an effort to resolve the issue presented in Mr. Perez's letter.

    I was advised last week that Mr. Perez will be released from MCC on May 26, 2020. Mr. Perez has also been advised of this date. In light of this release date, Mr. Perez is not requesting any action by the Court at this time.

                               Respectfully submitted,
                                   /s/
                               Jennifer L. Brown
                               Attorney-in-Charge
                               Federal Defenders of New York
                               (212) 417-8722