```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
              -v-                      :        08cr798 (DLC)
                                       :
 FRANKIE PEREZ,                        :        ORDER
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    Frankie Perez, who is represented by the Federal Defenders Office, entered a plea of guilty and was sentenced to 168 months' imprisonment in 2009.  He is scheduled to be released on September 11, 2020.  Perez is currently imprisoned at the Metropolitan Correctional Center ("MCC").  On April 16, 2020, Perez submitted a pro se request for release due to the ongoing COVID-19 pandemic.  On May 13, 2020, Perez's counsel advised the Court that Perez was scheduled to be released to a Residential Reentry Center ("RRC") on May 26, and did not require any further relief.

    On May 22, defense counsel requested a recommendation from the Court to the Bureau of Prisons that Perez be released from the MCC on May 26 to an RRC or, in the alternative, to home confinement.  The MCC had informed counsel that "due to the closure of one of the RRCs [Perez's] placement was moved to June 3."  It is hereby

ORDERED that the May 22 request for a recommendation is denied without prejudice to renewal should Perez not be released to an RRC on or before June 3.


Dated:  New York, New York
        May 22, 2020

                                          DENISE COTE
                              United States District Judge