Frankie Perez                                    4                    62080 - Courtney Cooke
Docket Number: 0208 1:08CR798



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☒   The Modification of the Conditions of Supervised Release, to include;

*You must reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. You must pay subsistence as required by the program.*

☐   Modification of Conditions Denied

And

☐   Status Conference scheduled:

Date: _____

Time: _____

Location: _____

☐   Other:

_____
DENISE COTE
United States District Judge

_____3/18/2022_____
Date

PROB 12B
(4/15)