Perez, Frankie  4  54290 - CC
Docket No.: 1:08CR798-01 (DLC)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

**THE COURT ORDERS:**

[✓] Court approves U.S. Probation Officer's recommendation:

   No action at this time.

or

U.S. Probation Officer is directed to:

[ ] Submit a Request for Warrant or Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[✓] Other   Status report is due 10/1/22

_____
Honorable Denise L. Cote
U.S. District Judge

_____
7/11/22
Date